NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1044

THE FOREST GROUP, INC.,

Plaintiff-Appellee,

v.

BON TOOL COMPANY,

Defendant-Appellant,

and

CIBON INDUSTRIAL
and SHANGHAI HONEST TOOL CO., INC.,

Defendants.

Appeal from the United States District Court for the Southern District of Texas in case no. 05-CV-4127, Judge Nancy F. Atlas.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Paul Hletko moves for leave to file a brief amicus curiae. Hletko states that Bon Tool Company consents and The Forest Group, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FEB 2 2009
_____
Date

cc: Richard A. Ejzak, Esq.
Kristin K.Tassin, Esq.
Carl S. Kravitz, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK